FILED 20 JUN '19 16:19 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:19-cr-00266-MO |
| v. | INDICTMENT |
| ANTHONY DAI TRAN, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Conspiracy to Distribute and Possess with the Intent to
Distribute a Controlled Substance)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846)

Beginning on or about and before November 7, 2015, the exact date being unknown to the grand jury, and continuing through June 19, 2019, within the District of Oregon and elsewhere, defendant **ANTHONY DAI TRAN** knowingly, intentionally, and willfully combined, conspired, confederated, and agreed with others both known and unknown to the grand jury to carry out the following objects in furtherance of the conspiracy:

///

///

## Objects of the Conspiracy

1.  The conspirators did knowingly and willfully combine, conspire, confederate, and agree to distribute and possess with the intent to distribute 3,4 methylenedioxymethamphetamine (also known as MDMA and "Ecstasy"), a Schedule I controlled substance.

2.  The conspirators did knowingly and willfully combine, conspire, confederate, and agree to manufacture, distribute and possess with the intent to distribute marijuana, a Schedule I controlled substance.

3.  The conspirators did knowingly and willfully combine, conspire, confederate, and agree to distribute and possess with the intent to distribute cocaine, a Schedule II controlled substance.

## Ways and Means of the Conspiracy

It was part of this conspiracy that:

1.  Defendant **ANTHONY DAI TRAN** and others known and unknown to the grand jury, operated together as part of an organization collectively known as "Topflight," using the vendor account names "Topflight," "420toU," "Topflight2.0," Signature420," on multiple Dark Net marketplaces, to include but not limited to: Agora, Hansa, Dream Market, The Dope Shop, and Empire in which they offered the controlled substances MDMA, marijuana, and cocaine for sale.

2.  Agora, Hansa, Dream Market, The Dope Shop, and Empire are Dark Net e-commerce sites that operated on a hidden service of The Onion Router (Tor) network and offered vendors a platform to sell illegal controlled substances, to include MDMA, marijuana, and cocaine, that can be purchased by buyers using cryptocurrencies, to include bitcoin. Agora,

Hansa, and Dream Market have since been shut down. The Dope Shop and Empire are currently active.

3. The Agora, Hansa, Dream Market, and Empire sites, in addition to operating as a platform allowing vendors to offer items for sale, also operated as an escrow service facilitating the sale of illegal goods between vendors and buyers and provides moderation services to handle disputes between buyers and vendors. In exchange for providing these services, Hansa, Agora, Dream Market, and Empire would charge the vendors a commission for every transaction that was completed.

4. New vendors on Hansa, Agora, Dream Market, and Empire were/are required to post a bond in order to list their items for sale, including their sale of illegal controlled substances.

5. Defendant **ANTHONY DAI TRAN**, working with other members of the Topflight organization operating out of locations in the greater Seattle, Washington metropolitan area, would fulfill orders and arrange the delivery of controlled substances to customers across the United States, to include customers in the greater Portland, Oregon metropolitan area. The controlled substances supplied were for purposes of further distribution and individual use.

6. Members of the Topflight organization would maintain and operate illegal marijuana grow sites within residences located in the greater Seattle, Washington metropolitan area for growing marijuana for purposes of illegal distribution to customers across the United States.

7. The defendant **ANTHONY DAI TRAN** and other members of the Topflight organization would use the U.S. Mail system to distribute packages containing the controlled substances MDMA, marijuana, and cocaine to their customers.

### Overt Act in Furtherance of the Conspiracy

In furtherance of the Conspiracy, defendant **ANTHONY DAI TRAN** committed, but not limited to, the following overt acts:

1. On or about October 30, 2018, defendant **ANTHONY DAI TRAN** possessed with the intent to distribute a quantity of MDMA.

2. On or about October 30, 2018, defendant **ANTHONY DAI TRAN** mailed a package containing MDMA from a post office located in Federal Way, Washington, addressed to a customer in Portland, Oregon.

3. On or about November 6, 2018, defendant **ANTHONY DAI TRAN** possessed with the intent to distribute a quantity of MDMA.

4. On or about November 6, 2018, defendant **ANTHONY DAI TRAN** mailed a package containing MDMA from a post office located in Federal Way, Washington, addressed to a customer in Portland, Oregon.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

///

///

///

## FORFEITURE ALLEGATION

Upon conviction of the offense listed in Count 1, defendant **ANTHONY DAI TRAN** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

Dated: June 19, 2019.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney