

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

District of Oregon

U.S. MARSHALS SERVICE JUN 21 '19 10:13AM

FILED28 JUN '19 13:30USDC-ORP

United States of America
v.

Anthony Dai Tran

Case No. 3:19-cr-00266-MO

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Anthony Dai Tran                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance

Date: __06/20/2019__

City and State: __Portland, OR__

**s/S. Behrends**
*Issuing officer's signature*

**S. Behrends, Deputy Clerk**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____
           DATE __6/21/19__
Date: _____    ARRESTED BY __ICE in Federal Way, WA__
                                              *Arresting officer's signature*

U.S. MARSHAL

                                          *Printed name and title*
BY _____